```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DAVID L. GAPPA
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone:  (559) 497-4000
 5
 6
 7
                IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                      EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,     ) Case 1:10-mj-00061 GSA
                                  )
11                 Plaintiff,     )
                                  ) STIPULATION TO RESCHEDULE
12       v.                       ) DATE FOR PRELIMINARY HEARING
                                  )
13  BRIAN ROBERT GARRETT,         )
                                  ) DATE: May 6, 2010
14                                ) TIME: 1:30 p.m.
                   Defendant.     ) PLACE: TBD
15                                ) HON: TBD
```

16      The parties have agreed to continue the preliminary hearing
17  date from March 26, 2010, at 1:30 p.m. until May 6, 2010, at 1:30
18  p.m.  The government contacted defense counsel to advise him that
19  the lead investigator in this case reported a family emergency
20  that precluded her from testifying in the grand jury proceeding
21  scheduled for March 25, 2010.  All of the investigator's
22  colleagues were committed to training away from their office in
23  Sacramento and could not fill in for her. There was insufficient
24  time to have someone unfamiliar with the case learn sufficient
25  details to testify about it in front of the grand jury.
26  Government counsel is away from the office the week of March 29 -
27  2, 2010.
28

                                    1

1    Defense counsel graciously has agreed to a continuance of
2 the preliminary hearing date.  The new date selected, for the
3 mutual convenience of the parties, is May 6, 2010, at 1:30 p.m.
4 In the interim, government counsel will provide defense counsel
5 (who is retained and in the Los Angeles area) with written
6 discovery that is available.  Supplemental discovery will be
7 provided once it becomes available.  Contraband images will be
8 made available to the defense at a location in Sacramento or
9 elsewhere.  In addition, government counsel has briefed defense
10 counsel about the history and status of the investigation.
11 Defense counsel raised the prospect of a preindictment
12 disposition, and the parties will discuss that possibility again
13 before May 6, 2010.

14    The parties agree that the time for indictment, under the
15 Speedy Trial Act at 18 U.S.C. § 3161(b), be extended through the
16 new proposed preliminary hearing date for the reasons outlined
17 above and to preserve the interests of justice under 18 U.S.C. §
18 3161(h)(7)(A).

Dated:    March 25, 2010              Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ David L  Gappa
                                  By: DAVID L. GAPPA
                                      Assistant U.S. Attorney

                                      /s/ Joel C Koury
                                      JOEL C. KOURY
                                      Counsel for Brian Garrett

2

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case 1:10-mj-00061 GSA |
| Plaintiff, ) | [PROPOSED] ORDER ON |
| ) | STIPULATION TO RESCHEDULE |
| v. ) | DATE FOR PRELIMINARY HEARING |
| ) | |
| BRIAN ROBERT GARRETT, ) | |
| ) | DATE: May 6, 2010 |
| ) | TIME: 1:30 p.m. |
| Defendant. ) | PLACE: TBD |
| ) | HON: TBD |

**ORDER**

For the reasons outlined in the stipulation of the parties filed on March 25, 2010, the preliminary hearing for this matter is continued until May 6, 2010, at 1:30 p.m. Time is excluded under the Speedy Trial Act, for the reasons outlined in the stipulation, through that date and time as well.

IT IS SO ORDERED.


   IT IS SO ORDERED.

   **Dated:   March 25, 2010**            **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

3