BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>BRIAN ROBERT GARRETT,<br><br>             Defendant. | Case 1:10-mj-00061 GSA<br><br>STIPULATION TO RESCHEDULE<br>DATE FOR PRELIMINARY HEARING<br><br>DATE: June 10, 2010<br>TIME: 1:30 p.m.<br>PLACE: TBD<br>HON: TBD |

The parties have agreed to continue the preliminary hearing date from May 6, 2010, at 1:30 p.m. until June 10, 2010, at 1:30 p.m. Although discovery has not yet been ordered, the government has provided more than 500 pages of reports and other documents and made additional evidence available within the confines of a law enforcement office.  The most recent discovery was provided on April 16, 2010.  The defendant has requested additional time to review the discovery and complete its investigation.  The defense is also in the process of completing a mitigation investigation that will be presented to the government.  The defendant also has proposed sharing information with the government in a debriefing session.  The parties have discussed a

1

possible preindictment resolution, and those discussions cannot be completed prior to June 10, 2010.  Accordingly, in an effort to conserve resources, especially since the defendant resides in the Modesto area and defense counsel is in the Los Angeles area and investigators are in the Sacramento area, the parties have agreed to postpone the current date for the preliminary hearing.

The parties agree that the time for indictment, under the Speedy Trial Act at 18 U.S.C. § 3161(b), be extended through the new proposed preliminary hearing date for the reasons outlined above and to preserve the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

Dated:    April 28, 2010                    Respectfully submitted,
                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ David L  Gappa
                                        By: DAVID L. GAPPA
                                            Assistant U.S. Attorney

                                            /s/ Joel C Koury
                                            JOEL C. KOURY
                                            Counsel for Brian Garrett

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case 1:10-mj-00061 GSA |
| ) | |
| Plaintiff, ) | ORDER ON STIPULATION |
| ) | TO RESCHEDULE DATE FOR |
| v. ) | PRELIMINARY HEARING |
| ) | |
| BRIAN ROBERT GARRETT, ) | |
| ) | DATE: June 10, 2010 |
| ) | TIME: 1:30 p.m. |
| Defendant. ) | PLACE: TBD |
| ) | HON: TBD |

**ORDER**

For the reasons outlined in the stipulation of the parties filed on April 21, 2010, the preliminary hearing for this matter is continued until June 10, 2010, at 1:30 p.m.  Time is excluded under the Speedy Trial Act, for the reasons outlined in the stipulation, through that date and time as well.

IT IS SO ORDERED.


   IT IS SO ORDERED.

   Dated:   **May 5, 2010**          _____/s/ Gary S. Austin_____
                                     UNITED STATES MAGISTRATE JUDGE

3