THE KAVINOKY LAW FIRM
JOEL KOURY, ESQ.  SBN 143856
16255 Ventura Boulevard, Suite 200
Encino, CA 91346
Telephone:    (818) 346-4646
Facsimile:     (818) 346-4660

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BRIAN ROBERT GARRET,<br><br>　　　　　Defendant. | Case No.: 1:10-cr-00213-OWW-1<br><br>STIPULATION TO RESCHEDULE DATE FOR STATUS CONFERENCE AND ORDER<br><br>DATE:　　September 13, 2010<br>TIME:　　1:30 p.m.<br>PLACE:　 Courtroom 3 |

　　　　The parties have agreed to continue the status conference hearing date from September 13, 2010, at 1:30 p.m. until October 4, 2010, at 1:30 p.m.  Defense counsel has supplied significant materials and reports to facilitate a resolution. The government will need additional time to review these materials and both parties believe that the additional time is necessary to complete settlement negotiations.

　　　　The parties agree that the time for indictment, under the Speedy Trial Act at 18 U.S.C. § 3161(b), be extended through the new proposed status conference date for the reasons outlined above and to preserve the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

///

///

1

Dated: September 09, 2010              Respectfully submitted,

                                                    JOEL C. KOURY

                                                    /s / Joel C. Koury
                                       By:   JOEL C. KOURY
                                                    Counsel for Brian Garrett

                                                    /s/ David L. Gappa
                                                    DAVID L. GAPPA
                                                    Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  **September 10, 2010**                    **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE