THE KAVINOKY LAW FIRM
JOEL KOURY, ESQ.  SBN 143856
16255 Ventura Boulevard, Suite 200
Encino, CA 91346
Telephone:     (818) 346-4646
Facsimile:      (818) 346-4660


## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No.: **1:10-cr-00213-OWW-1** |
| ) | |
| Plaintiff,    ) | STIPULATION  AND ORDER TO |
| ) | CONTINUE STATUS  CONFERENCE |
| vs.    ) | |
| ) | |
| BRIAN ROBERT GARRET,    ) | DATE:     November 29, 2010 |
| ) | TIME:      1:30 p.m. |
| Defendant.    ) | PLACE:    Courtroom 3 |
| _____ ) | |

        The parties have agreed to continue the status conference hearing date from November

29, 2010, at 1:30 p.m. until January 10, 2011, at 1:30 p.m.  Defense counsel has supplied

significant materials and reports to facilitate a resolution. The government will need additional

time to review these materials and both parties believe that the additional time is necessary to

complete settlement negotiations.

The parties agree that the time for Trial, under the Speedy Trial Act at 18 U.S.C. § 3161(b), be

extended through the new proposed hearing date for the reasons outlined above and to preserve

the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

1

Dated: November 22, 2010                    Respectfully submitted,

                                            JOEL C. KOURY


                                            /s / Joel C. Koury
                                 By:        JOEL C. KOURY
                                            Counsel for Brian Garrett


                                            /s/ David L. Gappa
                                            DAVID L. GAPPA
                                            Assistant U.S. Attorney


## ORDER

     For the reasons outlined in the stipulation of the parties, status conference for this matter previously set November 29, 2010 is continued until January 10, 2011 at 1:30 p.m. Time is excluded under the Speedy Trial Act, for the reasons outlined in the stipulation, through that date and time as well.



IT IS SO ORDERED.

     Dated:   **November 23, 2010**                    **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE

2