THE KAVINOKY LAW FIRM
JOEL KOURY, ESQ.  SBN 143856
16255 Ventura Boulevard, Suite 200
Encino, CA 91346
Telephone:     (818) 346-4646
Facsimile:      (818) 346-4660

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BRIAN ROBERT GARRET,<br><br>　　　　　Defendant. | Case No.: **1:10-cr-00213-OWW-1**<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:　　January 10, 2011<br>TIME:　　1:30 p.m.<br>PLACE:　Courtroom 3 |

　　　The parties have agreed to continue the status conference hearing date from January 10, 2011, at 1:30 p.m. until March 7, 2011 at 1:30 p.m.  Defense counsel supplied significant materials and reports to the government to facilitate a resolution. The defense and the government have reviewed all of those materials and have been diligently pursuing settlement negotiations.  Both parties feel that with the additional time, the parties will be able to finalize all of the terms of a negotiated plea agreement and be prepared to settle the case by the date requested.

　　　The parties agree that the time for Trial, under the Speedy Trial Act at 18 U.S.C. § 3161(b), be extended through the new proposed hearing date for the reasons outlined above and to preserve the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

1

Dated: January 05, 2011                              Respectfully submitted,

                                                                 JOEL C. KOURY

                                      /s / Joel C. Koury  
                            By:    JOEL C. KOURY  
                                    Counsel for Brian Garrett

                                      /s/ David L. Gappa  
                                      DAVID L. GAPPA  
                                      Assistant U.S. Attorney

## **ORDER**

For the reasons outlined in the stipulation of the parties filed on January 05, 2011 the status conference for this matter is continued until March 07, 2011 at 1:30 p.m. Time is excluded under the Speedy Trial Act, for the reasons outlined in the stipulation, through that date and time as well.

IT IS SO ORDERED.

Dated:   **January 7, 2011**                              **/s/ Oliver W. Wanger**  
                                                               UNITED STATES DISTRICT JUDGE