```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DAVID L. GAPPA
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-CR-00213 OWW |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| BRIAN ROBERT GARRETT, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the entry of plea and stipulation and application for preliminary order of forfeiture entered into between plaintiff United States of America and defendant Brian Robert Garrett it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2428(b)(1)(A), defendant Brian Robert Garrett's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. 1 Apple MacBook laptop computer and power supply, serial number 4H649AMLWGL, and

    b. 1 Blackberry cell phone, Model 8820, Mobile ID No. 353763.01.656687.5.

///

1     2.   The above-listed assets constitute property used or
2 intended to be used to commit or to facilitate the commission of
3 any violation of 18 U.S.C. § 2422(b).
4     3.   Pursuant to Rule 32.2(b), the Attorney General (or a
5 designee) shall be authorized to seize the above-listed property.
6 The aforementioned property shall be seized and held by the U.S.
7 Marshals Service, in its secure custody and control.
8     4.   a. Pursuant to 18 U.S.C. § 982(b)(1), incorporating 21
9 U.S.C. § 853(n), and Local Rule 171, the United States shall
10 publish notice of the order of forfeiture.  Notice of this Order
11 and notice of the Attorney General's (or a designee's) intent to
12 dispose of the property in such manner as the Attorney General
13 may direct shall be posted for at least 30 consecutive days on
14 the official internet government forfeiture site
15 www.forfeiture.gov.  The United States may also, to the extent
16 practicable, provide direct written notice to any person known to
17 have alleged an interest in the property that is the subject of
18 the order of forfeiture as a substitute for published notice as
19 to those persons so notified.
20       b.   This notice shall state that any person, other
21 than the defendants, asserting a legal interest in the above-
22 listed property, must file a petition with the Court within sixty
23 (60) days from the first day of publication of the Notice of
24 Forfeiture posted on the official government forfeiture site, or
25 within thirty (30) days from receipt of direct written notice,
26 whichever is earlier.
27     5.   If a petition is timely filed, upon adjudication of all
28 third-party interests, if any, this Court will enter a Final

Order of Forfeiture pursuant to 18 U.S.C. § 2428(b)(1)(A), in which all interests will be addressed.

                                                IT IS SO ORDERED.

**Dated:   March 28, 2011**          /s/ **Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE