```
BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for the United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>BRIAN ROBERT GARRETT,<br><br>        Defendant. | 1:10-cr-00213 OWW<br><br>STIPULATION AND<br>PROPOSED ORDER TO ADVANCE<br>SENTENCING DATE<br><br>DATE: May 16, 2011<br>TIME: 1:30 p.m.<br>PLACE: Courtroom Three<br>HON: Oliver W. Wanger |

The parties have agreed to advance the sentencing hearing in this case by one week from May 23, 2011, to May 16, 2011. The reason for the request is primarily government counsel's inability to be present on the currently-scheduled date of May 23, 2011. Government counsel has had two other sentencings advanced to May 16, 2011 (by agreement of court and counsel), and will be able to return from his temporary assignment in Washington, D.C. to cover those sentencings (in conjunction with other business away from Fresno related to the temporary assignment). It is not feasible to return to Fresno again on May 23, 2011. The requested new date is still ten weeks from the

1

change of plea, and that is the customary time frame between conviction and sentencing.

This case has an extended history with complicated negotiations, and it does not lend itself to transfer to a new prosecutor. For instance, the defendant has agreed to pay a substantial amount of restitution, and there are details related to receipt and designation of that payment, before and after the sentencing, that are best done by undersigned counsel. On the other hand, the parties – through their extensive negotiations - have fashioned what they believe to be an overall reasonble sentence, so they believe that the sentencing hearing, if the court accepts the recommendations of the parties, can be accomplished with relatively little impact on court resources. Government counsel was told that the court's calendar is overbooked for the requested date, but it appears that only five items are currently on the 1:30 p.m. calendar. It is requested that this case be added to that calendar.

Dated:    May 8, 2011            Respectfully submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ David  Gappa
                           By:   DAVID L. GAPPA
                                 Assistant U.S. Attorney

                                 /s/ Joel Koury
                                 JOEL KOURY
                                 Counsel for Brian Robert Garrett

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-F-10-00213 OWW |
| ) | |
| Plaintiff, ) | |
| ) | ORDER ON STIPULATION |
| v. ) | TO ADVANCE SENTENCING DATE |
| ) | |
| ) | |
| BRIAN ROBERT GARRETT, ) | |
| ) | DATE: May 16, 2011 |
| ) | TIME: 1:30 p.m. |
| Defendant. ) | PLACE: Courtroom Three |
| ) | HON: Oliver W. Wanger |

**ORDER**

    For the reasons outlined in the stipulation of the parties filed on May 8, 2011, the sentencing is advanced to May 16, 2011, at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   May 9, 2011**                    **/s/ Oliver W. Wanger**
                                                                 UNITED STATES DISTRICT JUDGE