BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-CR-00213 OWW |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| BRIAN ROBERT GARRETT, ) | |
| Defendant. ) | |

WHEREAS, on March 29, 2011, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 2428(b)(1)(A), based upon the plea agreement entered into between plaintiff and defendant Brian Robert Garrett forfeiting to the United States the following property:

      a.   1 Apple MacBook laptop computer and power supply, serial number 4H649AMLWGL, and

      b.   1 Blackberry cell phone, Model 8820, Mobile ID No. 353763.01.656687.5.

AND WHEREAS, beginning on March 31, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice

advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the below-listed property pursuant to 18 U.S.C. § 2428(b)(1)(A), to be disposed of according to law, including all right, title, and interest of Brian Robert Garrett:

    a. 1 Apple MacBook laptop computer and power supply, serial number 4H649AMLWGL, and

    b. 1 Blackberry cell phone, Model 8820, Mobile ID No. 353763.01.656687.5.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

**Dated:   June 21, 2011**            /s/ Oliver W. Wanger
                                                     UNITED STATES DISTRICT JUDGE